# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,    :    No. 6 EM 2019

            Respondent    :

             v.    :

EDDIE ALMODORAR,    :

            Petitioner    :

## ORDER

**PER CURIAM**

     **AND NOW**, this 27th day of February, 2019, the Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc* is DENIED.